UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br>Plaintiff,<br>v.<br>U.S. DEPARTMENT OF JUSTICE, et al.,<br>Defendants. | Civil Action No. 25-3755 (CJN) |

**JOINT STATUS REPORT**

Plaintiff, Democracy Forward Foundation, and Defendants the Department of Justice ("DOJ") and the Federal Bureau of Investigation ("FBI") (collectively "Defendants"), respectfully submit this Joint Status Report pursuant to the Court's Minute Order dated January 16, 2026 in this Freedom of Information Act ("FOIA") case.

This matter involves three FOIA requests. On May 9, 2025, Plaintiff sent a FOIA request to DOJ's Office of Justice Programs ("OJP") and Office of Information Policy ("OIP") seeking "[a]ll records that document grant terminations for any Office of Justice Programs ("OJP") grants or contracts terminated in April 2025…" A second request dated May 9, 2025 was sent to DOJ's OJP and OIP seeking "[a]ll electronic communications (including email messages, complete email chains, calendar invitations, or attachments thereto, as well as any text messages or messages sent on messaging platforms such as Microsoft Teams, WhatsApp, Signal, or GChat)" of listed DOJ officials "regarding (1) the termination of OJP grants, (2) new potential OJP grantees, (3) the reinstatement of any terminated OJP grants, or (4) the agency priorities that should be effectuated through OJP grants." A third request was sent on May 9, 2025 to the DOJ's OJP, OIP, Justice Management Division ("JMD") and the FBI requesting "[a]ll records reflecting sent

communications (including email messages, complete email chains, calendar invitations, or attachments thereto, as well as any text messages or messages sent on messaging platforms such as Microsoft Teams, WhatsApp, Signal, or GChat) [] of Tarak Makecha regarding any DOJ or FBI agency business."

OJP has completed searches within its program offices and is currently processing records and conducting a responsiveness review. OJP anticipates having an estimated timeline before the next JSR.

OIP's search process remains ongoing. OIP is currently conducting an initial electronic keyword search and anticipates completing this search by March 17, 2026. Once the search is completed and OIP has an opportunity to evaluate the initial search results, OIP will provide an estimated timeline for initial responsiveness review and deduplication of the material based on the volume returned.

JMD anticipates issuing a final determination by the end of the month.

The FBI issued a *Glomar* response to Plaintiff on June 3, 2025. Plaintiff notes that it administratively appealed this response before this litigation and has inquired if the FBI is reconsidering its position that it can neither confirm nor deny the existence of communications about agency business sent by Tarak Makecha.

**Plaintiff's Statement:** Plaintiff writes separately to note that it has requested that Defendants provide meaningful information on the volume of responsive records and schedule for processing by March 18, 2026 in order for the parties to make progress in this litigation and for Plaintiff to access the records of public interest significance it seeks in this matter within a reasonable period of time. Plaintiff has consented to two Answer extensions and has sought to confer with Defendants to achieve meaningful progress in this matter since shortly after

Defendants' Answer. Plaintiff does not ask that the Court order Defendants to complete searches or begin production at this time but may consider seeking such relief in the future if Defendants' do not make meaningful progress in processing Plaintiff's requests.

The parties respectfully request that the next Joint Status Report be filed on March 19, 2026.

Dated: February 6, 2026

*/s/ Amy C. Vickery*
Amy C. Vickery (admitted pro hac vice)*
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin F. Thurston (Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
avickery@democracyforward.org
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

**Not admitted to practice law in the District of Columbia; practicing under the supervision of Democracy Forward lawyers who are members of the DC Bar.*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510
Thomas.duffey@usdoj.gov

*Attorneys for United States of America*